Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave, Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Elliot Pessah

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT PESSAH, | ) No. 8:25-cv-00052-KES |
| | ) |
| Plaintiff, | ) **[PROPOSED] ORDER AWARDING** |
| | ) **EQUAL ACCESS TO JUSTICE** |
| v. | ) **ACT ATTORNEY FEES AND** |
| | ) **COSTS** |
| FRANK BISIGNANO[1], | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

   Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

   IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND SEVEN HUNDRED FIFTY DOLLARS and TWENTY-ONE CENTS ($6,750.21), and costs under 28 U.S.C. § 1920, in the

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

1 | amount of ZERO DOLLARS AND NO CENTS ($0.00), subject to the terms of the
2 | above-referenced Stipulation.

Dated: June 24, 2025

*/s/ Karen E. Scott*
_____
THE HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

2